UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUSEEF KAZI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary<br>of Homeland Security, et al.,<br><br>　　　　　Defendants. | No. 07cv0825-JAH (BLM)<br><br>ORDER<br>REMANDING NATURALIZATION<br>APPLICATIONS OF PLAINTIFFS<br>**FARHA SHEIKH,**<br>**MOHAMMAD MASOOD SHEIKH,**<br>AND **MOHAMMAD FAHAD SHEIKH** |

The provisions set forth in the Joint Motion to Remand filed by the parties in this case are approved and so ordered. The applications of Plaintiffs **FARHA SHEIKH (A76 891 119), MOHAMMAD MASOOD SHEIKH (A76 891 120),** and **MOHAMMAD FAHAD SHEIKH (A76 891 118)**, are hereby remanded to U.S. Citizenship and Immigration Services for adjudication without unreasonable delay. Plaintiffs have leave to amend their Complaint within sixty days of this Order. The Clerk of Court shall terminate this action.

**It is so ordered.**

DATED: September 14, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge